**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6792**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

WILBUR EDDIS CLINE,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior
District   Judge.    (6:04-cr-01066-HMH-4;    6:12-cv-00884-HMH;
6:11-cv-03378-HMH; 6:07-cv-70079-HFF)

———————

Submitted:  June 14, 2012          Decided:  June 20, 2012

———————

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Wilbur  Eddis  Cline,  Appellant  Pro  Se.  Alan  Lance  Crick,
Assistant  United  States  Attorney,  Greenville,  South  Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbur Eddis Cline seeks to appeal the district court's order construing his motion for a sentence reduction as a successive 28 U.S.C.A. § 2255 (West Supp. 2011) motion and dismissing it on that basis. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Cline has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED